EGERY (HARRY), Respondent, vs. SMITH and another, Appellants.

For the appellants: *Nolan, Dougherty, Grubb & Ryan* of Janesville.

For the respondent: *Adams & Adams* of Beloit.

*By the Court.*——Judgment affirmed.

NESWOLD and another, Appellants, vs. NESWOLD and others, Respondents.

For the appellants: *Tom L. Yates* of Amery, and *L. C. Youngman* of Barron.

'For the respondents: *S. P. Rigler* of Rice Lake.

*By the Court.*—Judgment affirmed.